**James Edward BOWELL, Plaintiff–Appellant,**

v.

**R. GAMBERG; et al., Defendants–Appellees.**

**No. 13–16835.**

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2015.[*]

Filed March 20, 2015.

James Edward Bowell, Lancaster, CA, pro se.

Scott John Feudale, Esquire, Deputy Attorney General, Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

Before: FARRIS, WARDLAW, and PAEZ, Circuit Judges.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM** [**]

James Edward Bowell, a California state prisoner, appeals pro se from the district court's order denying his motions for reconsideration in his 42 U.S.C. § 1983 action alleging excessive force, failure to protect, and denial of access to courts. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *Sch. Dist. No. 1J Multnomah County v. ACandS, Inc.,* 5 F.3d 1255, 1262 (9th Cir. 1993), and we affirm.

The district court did not abuse its discretion in denying Bowell's motions for reconsideration because Bowell failed to demonstrate any basis for relief. *See id.* at 1262–63 (grounds for reconsideration under Fed.R.Civ.P. 60); *see also Latshaw v. Trainer Wortham & Co.,* 452 F.3d 1097, 1103 (9th Cir.2006) (Rule 60(b)(6) requirements); *Casey v. Albertson's Inc.,* 362 F.3d 1254, 1260 (9th Cir.2004) (Rule 60(b)(3) requirements); *Coastal Transfer Co. v. Toyota Motor Sales, U.S.A.,* 833 F.2d 208, 211 (9th Cir.1987) (Rule 60(b)(2) requirements).

We do not consider Bowell's challenge to the underlying grant of summary judgment and other pre-trial motions because Bowell failed to file a timely notice of appeal or a timely post-judgment tolling motion. *See* Fed. R.App. P. 4(a)(1)(A), (a)(4)(A).

Bowell's requests for appointment of counsel set forth in his briefs are denied.

Bowell's request for publication, filed on January 31, 2014, is denied.

**AFFIRMED.**

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.